GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT VERKLAS, | **Case No. 2:23-cv-00381-RFB-BNW** |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE TO FILE ANSWER** |
| NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE and DATA SOLUTIONS, INC., | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant National Consumer Telecom & Utilities Exchange ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from May 1, 2023 through and including **May 11, 2023**.  The request was made by NCTUE so that it can have an opportunity to

/ /

/ /

/ /

/ /

1   collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

2   approves.  This stipulation is filed in good faith and not intended to cause delay.

3         Respectfully submitted, this 3rd day of May, 2023.

4

5   CLARK HILL PLLC                                    *No opposition*

6   By: /s/Gia N. Marina                               /s/Gerardo Avalos
    Gia N. Marina                                      George Haines, Esq.
7   Nevada Bar No. 15276                               Nevada Bar No. 9411
    1700 South Pavilion Center Drive, Suite 500        Gerardo Avalos, Esq.
8   Las Vegas, Nevada  89135                           Nevada Bar No. 15171
    Telephone:  (702) 862-8300                         FREEDOM LAW GROUP
9   Facsimile:  (702) 778-9709                         8985 S. Eastern Ave., Suite 350
    Email: gmarina@clarkhill.com                       Henderson, NV 89123
10  *Attorney for Defendant National Consumer*         Phone: (702) 880-5554
11  *Telecom & Utilities Exchange*                     Fax: (702) 385-5518
                                                       Email: ghaines@freedomlegalteam.com
12                                                     Email: gavalos@freedomlegalteam.com

13                                                     *Attorneys for Plaintiff*

14

15

16  IT IS SO ORDERED:

17

18  United States Magistrate Judge

19  DATED: _____May 4, 2023_____

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that a true and exact copy of the foregoing has been served this 3rd day of May, 2023, via CM/ECF, upon all counsel of record:

By: <u>/s/     Gia N. Marina       </u>
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com